UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMEKA HILL | CIVIL ACTION |
| VERSUS | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | NO.: 17-00071-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)**, pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommended that the **Motion to Remand (Doc. 4)** be granted, and this case be remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana. (Doc. 14 at p. 13).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days from the date of the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. (Doc. 14 at p. 1). No objections were filed.

Having carefully considered the underlying complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

19th JDC - certified

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 4)** is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 16th day of June, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**